

Michael D. Meuti  
200 Public Square, Suite 2300  
Cleveland, Ohio 44114-2378  
Direct Dial:  216.363.6246  
Fax:  216.363.4588  
mmeuti@beneschlaw.com

March 15, 2023

*VIA ECF*  
Hon. Frank P. Geraci, Jr.  
United States District Judge  
U.S. Courthouse  
100 State Street  
Rochester, New York 14614

    Re:    <u>***Lenzi v. L.L. Bean, Inc.*, Case No.: 6:23-cv-06117-FPG**</u>

Dear Judge Geraci:

    This law firm is incoming counsel recently retained to represent Defendant L.L. Bean, Inc. ("Defendant") in the above-referenced lawsuit.  We write ***on consent of all parties*** to respectfully request that the Court extend Defendant's time to move, answer or otherwise respond to the Complaint to Friday, April 14, 2023.

    Because we were only just retained to represent Defendant, we require this additional time to become familiar with the facts of the case and prepare a response to the Complaint.  As noted above, Plaintiff's counsel consents to these current requests.  Extending Defendant's time to respond to the Complaint will not affect any other deadlines.

    We thank the Court for its time and attention to this matter.

                          Respectfully submitted,

                           BENESCH, FRIEDLANDER,  
                            COPLAN & ARONOFF LLP

                         Michael D. Meuti

MDM:ejj