UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK (ROCHESTER)

| | |
|---|---|
| Linda Lenzi<br><br>　　Plaintiff,<br><br>v.<br><br>L.L. Bean, Inc.<br><br>　　Defendant. | STIPULATION AND ORDER EXTENDING TIME TO ANSWER, MOVE, OR OTHERWISE RESPOND TO COMPLAINT<br><br>Civil Action No. 6:23-cv-06117-FPG |

**IT IS HEREBY STIPULATED AND AGREED** by and between the counsel for Plaintiff Linda Lenzi and counsel for Defendant L.L. Bean, Inc. that the time for Defendant to answer, move, or otherwise respond to the Complaint is hereby extended through and including May 15, 2023.

Dated: April 14, 2023                                                    Dated: April 14, 2023

**FEINSTEIN DOYLE PAYNE & KRAVEC**

By: */s/ Joseph N. Kravec, Jr. (with permission via email)*
　　Joseph N. Kravec, Jr. (No. JK-3696)
　　429 Fourth Avenue
　　Law & Finance Building
　　Suite 1300
　　Pittsburgh, PA 15219
　　Ph: (412) 281-8400
　　Fax: (412) 281-1007
　　jkravec@fdpklaw.com
　　*Counsel for Plaintiff Linda Lenzi*

**BENESCH FRIEDLANDER COPLAN & ARONOFF LLP**

By: */s/ Michael Dominic Meuti*
　　Michael D. Meuti
　　200 Public Square
　　Suite 2300
　　Cleveland, OH 44114
　　Ph: (216) 363-6246
　　Fax: (216) 363-4588
　　mmeuti@beneschlaw.com
　　*Counsel for Defendant L.L. Bean, Inc.*

SO ORDERED:

_____
Hon. Frank P. Geraci, Jr.

22686003 v2