**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF NEW YORK**

---

LINDA LENZI, on behalf of herself and all
others similarly situated,

                    Plaintiff,

    v.

L.L. BEAN, INC.,

                    Defendant.

---

Civil Action No.: 6:23-cv-06117-FPG

**DECLARATION OF JOSEPH N.
KRAVEC, JR. IN SUPPORT OF
PLAINTIFF'S OPPOSITION TO
DEFENDANT L.L. BEAN, INC.'S
MOTION TO DISMISS**

---

**DECLARATION OF JOSEPH N. KRAVEC, JR.**

I, Joseph N. Kravec, Jr., hereby declare as follows:

1.      I am a partner in the law firm of Feinstein Doyle Payne & Kravec, LLC, attorneys for Plaintiff Linda Lenzi and the proposed class and sub-class in this action. I am submitting this declaration in support of Plaintiff's opposition to Defendant L.L. Bean, Inc.'s ("L.L. Bean") Motion to Dismiss. This declaration is based on my personal knowledge.

2.      On April 21, 2022, I, along with my co-counsel Antonio Vozzolo of Vozzolo LLC, sent a pre-suit notice and demand letter via certified mail, return receipt requested to L.L. Bean on behalf of Plaintiff Linda Lenzi and a potential nationwide class and New York sub-class of similarly situated consumers for L.L. Bean's false and misleading conduct set forth in the Class Action Complaint ("Complaint") filed in this action. A true and correct copy of this pre-suit notice and demand letter, without the exhibits attached thereto, is attached hereto as **Exhibit 1**.

3.      In the letter, I, on behalf of Plaintiff, demanded that L.L. Bean refrain from marketing, labeling and selling the boots at-issue in this action as "waterproof" and that L.L. Bean pay damages and restitution to Plaintiff as well as to all other putative class members.

4.      I also provided my law office's address and telephone number, my email address and my co-counsel's law firm name in the letter so that L.L. Bean, or its authorized representative, could contact me or my co-counsel to discuss the false and misleading "waterproof" labeling on L.L. Bean's boots, particularly the Women's Storm Chaser Boots Plaintiff Linda Lenzi purchased, and to attempt to resolve the demands made therein.

5.      My law office received return receipts, signed and dated April 25, 2022, for the pre-suit notice and demand letter signifying that L.L. Bean did receive the letter. True and correct copies of the return receipts are attached hereto as **Exhibit 2**.

6.      Despite receiving the pre-suit notice and demand letter, neither me nor my co-counsel received any communications from L.L. Bean concerning the issues raised in the letter.

7.      After receiving no response from L.L. Bean for more than nine months, my co-counsel and I filed the Complaint in this action on behalf of Plaintiff Lenzi, a proposed nationwide class and a proposed New York sub-class on February 17, 2023. *See* Dkt. 1. On that same day, the Court automatically referred this case to mediation.

8.      After filing the Complaint, the parties started to engage in informal settlement discussions to try to resolve this action.

9.      During these informal settlement discussions, L.L. Bean's counsel, Stephanie Sheridan, advised me that she had attempted to call either myself or my co-counsel regarding the issues raised in the pre-suit notice and demand letter prior to Plaintiff filing the Complaint, but

received no response. Neither my law office nor my co-counsel's law office has any record of Ms. Sheridan's one attempted telephone call.

10.     On April 26, 2023, L.L. Bean's counsel, Meegan Brooks, emailed me and my co-counsel asking for Plaintiff Lenzi's proof of purchase information because L.L. Bean was unable to "locate Plaintiff's purchase[.]" Ms. Brooks further stated in her email that providing this information "would help move the ball along as we're exchanging information." A true and correct copy of this email can be found on pages 4 and 5 of **Exhibit 3** attached hereto.

11.     On May 4, 2023, Ms. Brooks sent me and my co-counsel another email stating, "we'll need to see a proof of purchase before we'd recommend that our client share anything else" as part of the informal settlement discussions. A true and correct copy of this email can be found on page 4 of **Exhibit 3** attached hereto.

12.     On May 8, 2023, I responded to Ms. Brooks' April 26, 2023 and May 4, 2023 emails. A true and correct copy of my May 8, 2023 email response can be found on pages 3 and 4 of **Exhibit 3** attached hereto. In my May 8, 2023 email to Ms. Brooks and Defendant's other co-counsel, I indicated that a threshold issue for Plaintiff to any settlement is that L.L. Bean publicly notify all consumers of the mislabeled "waterproof" boots identified in the Complaint that they may return the boots to get a full refund. *See* Exh. 3 at 3. I acknowledged that Ms. Brooks had previously advised me that L.L. Bean is unwilling to provide any consumer facing notification concerning the ability to receive a refund for the mislabeled "waterproof" boots. *Id.* I further advised that, if the consumer notification issue cannot be resolved, Plaintiff does not see an individual settlement being amenable at this time. *Id.* Importantly, however, I stated that, "[i]f we can resolve this issue, **we are willing to exchange information about Plaintiff's purchase as long as LL Bean commits to give us the unit sales numbers we previously requested.**" *Id.*

(emphasis added). I did not "decline to provide the requested proof of purchase, or any additional information about Plaintiff's alleged purchase" as Ms. Brooks stated in her declaration in support of Defendant L.L. Bean, Inc.'s Motion to Dismiss ("Brooks Declaration"). *See* Dkt. No. 10-3, ¶ 6.

13.     At 11:18 P.M. on May 8, 2023, I received an email response from Ms. Brooks to my May 8, 2023 email. A true and correct copy of Ms. Brooks' response can be found on page 2 of **Exhibit 3** attached hereto.

14.     In her response, Ms. Brooks did not address the consumer notification or the unit sales issues. Instead, Ms. Brooks stated that, "since [Plaintiff's proof of purchase] is a threshold issue completely separate and apart from our settlement discussions, it must, necessarily, be addressed first." *See* Exh. 3 at 2. Ms. Brooks again asked if Plaintiff has a "proof of purchase" and demanded Plaintiff "send it immediately" to L.L. Bean. *Id.*

15.     On May 9, 2023, I emailed Ms. Brooks and Defendant's other counsel to respond to Ms. Brooks' May 8, 2023 email. A true and correct copy of my May 9, 2023 email response can be found on page 1 of **Exhibit 3** attached hereto.

16.     In my May 9, 2023 email, I reiterated that Plaintiff is willing to exchange information about her purchase as long as L.L. Bean commits to providing Plaintiff with its unit sales numbers Plaintiff previously requested and the parties can resolve the consumer refund notification issue. *See* Exh. 3 at 1. I then suggested the parties, with the help of a mediator, may be able to move toward a resolution of these issues so that a mutual exchange of information is possible. *Id.* I noted that the Court has already referred this case to mediation. *Id.* I asked Ms. Brooks to "[p]lease let us know what LL Bean wants to do" about whether it wants to conduct a mediation before or after the Court rules on any motion to dismiss filed by L.L. Bean. *Id.* Again, I

did not decline to provide L.L. Bean with Plaintiff's purchase information as stated in the Brooks Declaration. *See* Dkt. 10-3, ¶ 8.

17.     L.L. Bean's counsel never responded to my May 9, 2023 email. Instead, on May 15, 2023, L.L. Bean filed the Motion to Dismiss currently before the Court.

18.     To date, Plaintiff has not received the unit sales information she requested, and L.L. Bean has not stated whether it would work with Plaintiff to resolve the consumer refund notification issue.

19.     Attached hereto as **Exhibit 4** is a true and correct copy of an article printed from Yahoo! News at https://news.yahoo.com/inside-l-l-bean-200-171438625.html, by Glenn Taylor from Sourcing Journal, entitled *Inside L.L. Bean's 200,000 Ship-From-Store Peak Season*, dated May 26, 2022.

20.     Attached hereto as **Exhibit 5** is a true and correct copy of a statement appearing on llbean.com entitled "Our COVID-19 Response (UPDATED)," dated March 16, 2020, printed from https://www.llbean.com/llb/shop/518090?page=newsroom-covid-19-update-march-2020.

21.     Attached hereto as **Exhibit 6** is a true and correct copy of an article printed from WXXI News at https://www.wxxinews.org/business/2020-03-18/area-malls-closing-due-to-coronavirus-containment-efforts, by Randy Gorbman, entitled *Area malls closing due to coronavirus containment efforts*, dated March 18, 2020.

I declare under penalty of perjury that the foregoing is true and correct. Executed on May 30, 2023.

_____
Joseph N. Kravec, Jr.

# EXHIBIT 1



**Feinstein Doyle Payne & Kravec** LLC

429 Fourth Avenue
Law & Finance Building, Suite 1300
Pittsburgh, PA 15219
T: 412.281.8400
F: 412.281.1007

29 Broadway, 24ᵗʰ Floor
New York, NY 10006-3205
T: 212.952.0014
www.fdpklaw.com

*Writer's Email:*
*jkravec@fdpklaw.com*

April 21, 2022

*via Certified Mail/Return Receipt Requested*

L.L. Bean, Inc.
c/o George S. Isaacson
P.O. Box 3070
Lewiston, ME 04343-3070

Stephen Smith
President and CEO
L.L. Bean, Inc.
15 Casco Street
Freeport, ME 04033

L.L. Bean International
c/o Michael K. Mahoney
10 Casco Street
Freeport, ME 04033

Michael K. Mahoney
Chief Legal & Compliance Officer
L.L. Bean, Inc.
15 Casco Street
Freeport, ME 04033

**Re:** **Pre-Suit Notice and Demand Pursuant to the Consumer Fraud Laws of the Various States Regarding L.L.Bean "Waterproof" Boots**

Dear Mr. Smith and Mr. Mahoney:

We, along with attorney Antonio Vozzolo of Vozzolo LLC, represent Linda Lenzi and, potentially, a class of nationwide consumers and/or a class of New York consumers who purchased L.L.Bean brand "waterproof" boots that feature non-waterproof, non-gusseted zipper closures and/or lack a gusseted tongue (collectively, the "Products" or "Mislabeled Boots").[1] This letter serves as notice and demand for corrective action arising from your breaches of warranties, and is meant to comply with the Magnuson-Moss Warranty Act, 15 U.S.C. §§ 2301, *et seq.*, New York Uniform Commercial Code ("N.Y. UCC") § 2-313 and N.Y. UCC § 2-314, and the laws requiring pre-suit demand and notice, on behalf of our client and any additional "plaintiffs" should this

---

[1] Upon information and belief, the Mislabeled Boots include, but are not limited to the boots listed in Exhibit 1. To the extent that the Company manufactures additional zippered boots and/or non-gusseted boots similarly misbranded as being "waterproof" as described herein, such Mislabeled Boots are also unlawfully, falsely, and misleadingly labeled and marketed in violation of New York law as well as the laws of all other states for breach of warranty and unjust enrichment and are hereby included in this demand letter. To the extent that the Company contends that any of the Mislabeled Boots included herein are constructed with a truly waterproof zipper and/or a full waterproof gusset and are otherwise actually waterproof, please provide us with your substantiation so we may consider excluding such products from our demand or any lawsuit.

matter proceed to litigation. All communications intended for our client must be directed through this office.

L.L. Bean, Inc. and/or L.L. Bean International (together, the "Company" or "L.L.Bean")[2] have engaged in a widespread uniform labeling and marketing campaign designed to convince consumers that the Mislabeled Boots are "waterproof," when in fact they are not. Moreover, the Company's misrepresentations regarding the waterproof attribute are unequivocal, and do not contain any qualifying language or disclaimers. Yet, it was only in response to a complaint regarding water leakage buried on the Company's website in a consumer blog sub-page that L.L. Bean conceded that the Products are not waterproof stating "the zippers on these boots are not waterproof. The boots are waterproof up to the zipper base." A screen shot of the admission is reproduced below:



January 1, 2020

**Not Waterproof**

**Size Purchased:** 13
**Fit - Length:** Slightly small
**Fit - Width:** Slightly narrow

Not waterproof zipper lets water inside shoe. Wear like a tennis shoe very comfy. Useless boot if it can't keep feet dry.

**Response from L.L.Bean**
By L.L.Bean Customer Satisfaction Team

January 4, 2020

We are sorry that the boots didn't perform as you expected. The zippers on these boots is not waterproof. The boots are waterproof up to the zipper base. You are more than welcome to return the boots to us.

As discussed below, these "waterproof" misrepresentations and express warranties have been disseminated in a prolonged, multiplatform advertising and marketing campaign in several forms of media and on labels or the products themselves, including but not limited to, catalogues, internet media, and/or social media. Moreover, each and every proposed class member was necessarily exposed to the Company's marketing and advertising, as the uniform "waterproof" representation was located (among other places) at the point of purchase and/or on the Mislabeled Boots themselves.[3]

---

[2] L.L.Bean also includes but is not limited to any parent(s), affiliate(s), and/or subsidiaries of L.L. Bean, Inc. or L.L. Bean International.

[3] This is significant as most sales occur through the Company's direct-to-consumer business model, its e-commerce site, and through Company owned stores.

## I. The Mislabeled Boots are Labeled and Marketed as "Waterproof"

### a. Labeling and Point of Purchase

The Company includes an express warranty that the Mislabeled Boots are "**Waterproof**" by uniformly including the "WATERPROOF" statement and attribute (along with a waterproof symbol) on channel or shelf strips adjacent to each boot it claims to be waterproof. For example, below are images of L.L. Bean's Storm Chaser Boots, prominently marketed and labeled as "WATERPROOF" on shelving displays at the Company's retail locations, without any disclaimer regarding the Product's non-waterproof, non-gusseted side-zipper:





As noted above, the Company utilizes virtually identical display shelving for the Products and waterproof footwear in general. Below are illustrations/samples of the uniform displays utilized by the Company as well as the specific label included on the in-store display for L.L. Bean's Women's Shearling-Lined Bean Boots, despite the Product's lack of gusseted tongue, as shown below:







Various Products are also labeled with the "WATERPROOF" representation and warranty on the Product itself and/or on their insole as demonstrated below:

### Men's Storm Chased Side Zip Boots-Ballistic Mesh



### Women's Carrabassett Boots





**The Storm Chaser Boots (insole)**



### Women's Carrabassett Boot (insole)



Furthermore, in-store or point of purchase displays at the Company's retail locations highlight the Mislabeled Boots' purported "waterproof" qualities. Specifically, the point of purchase display bears representations and warranties that the Mislabeled Boots are "**Waterproof & Breathable**," provide a "**waterproof**/breathable **barrier**" that "**keeps feet dry**" through winter storms, and are suitable for "Rugged Winter." Photographs of the display (and closeups) are provided below:





### b. Representations and Warranties Made on the Company's Website and Social Media Platforms

L.L. Bean's "waterproof" representations and warranties are also repeated on the Company's consumer-oriented website at https://www.llbean.com. For example, the Company highlights its history of making winter boots for over 100 years and promises to keep customers' feet "Warm and Dry," stating, "We know it's hard to enjoy a winter day with cold, wet feet. That's

Stephen Smith, President and CEO
Michael K. Mahoney, Chief Legal & Compliance Officer
L.L. Bean, Inc. & L.L. Bean International
April 21, 2022
Page 12

why **we use the most advanced technology available to develop exceptionally toasty and dry winter boots.**[4] Screenshots of the representations and warranties are provided below:

# Your Source for Warm Toes

We've been making warm winter boots for over 100 years. This year we've designed and tested our best lineup of winter boots ever. Explore the categories below to find the right boots for you.

SHOP MEN'S    SHOP WOMEN'S    SHOP KIDS'

## Innovation That Keeps Your Feet Warm and Dry

We know it's hard to enjoy a winter day with cold, wet feet. That's why we use the most advanced technology available to develop exceptionally toasty and dry winter boots.

The L.L. Bean website also highlights its **"TEK2.5 WATERPROOF SYSTEM,"** an "exclusive technology" that "creates a **waterproof . . . barrier** that will keep your feet warm and dry all winter." This webpage also includes images of a waterproof logo and screenshots of the waterproof barrier being tested:[5]

**TEK2.5 WATERPROOF SYSTEM**

Our exclusive technology creates a waterproof, windproof and breathable barrier that will keep your feet warm and dry all winter.

SHOP TEK2.5 FOOTWEAR



BREATHABLE


WATERPROOF



Further, this webpage includes a hyperlink directing consumers to "SHOP TEK2.5 FOOTWEAR," which leads to a new window or page displaying 46 products claiming to offer the **"Tek Waterproof System."**[6] A screenshot of the new window is provided below:

---

[4] *See* https://www.llbean.com/llb/shop/517436?page=winter-boots-guide (emphasis added).
[5] *See id.*
[6] https://www.llbean.com/llb/search/?freeText=Tek%20Waterproof%20System%20Footwear&nav=F8tX-517436



When consumers shop for boots on L.L.Bean's website, the Company provides filters enabling customers to restrict their search results to two distinct categories of water protection – "Waterproof" and "Water-Resistant," as shown in the two screenshots below:

**Men's Boots:**



## Women's Boots:



Again, L.L.Bean represents and warrants its Women's Shearling-Lined Bean Boots and other Products that lack a gusseted tongue as "waterproof":



The L.L.Bean website also highlights the "waterproof" features on the individual product pages for each of the Mislabeled Boots. For example, the Company's webpage for the Men's

Storm Chaser Boots 5, Pull-on Zip is replete with representations and warranties referencing the Products' purported "waterproof" features, including:[7]

- "Redesigned from the top down, with a richer leather that's **waterproof**, stain and salt resistant."
- "[O]ur Men's Storm Chaser Pull-On Boots **perform like high-tech waterproof boots . . . .**"
- "NEW **Waterproof Nor'easter full-grain nubuck leather**."
- "**Lined with waterproof 200-gram PrimaLoft® . . . .**"
- "Molded toe bumper and **waterproof heel counter for enhanced protection**."
- "**TEK2.5® waterproof, breathable membrane inner lining**."
- "TEK2.5 **WATERPROOF SYSTEM**"
- "Multiple layers of performance: . . . **Waterproof/windproof/breathable barrier**"

Screenshots of the individual product page for the Men's Storm Chaser Boot 5, Pull-on Zip are provided below:[8]

---

[7] *See* https://www.llbean.com/llb/shop/123214?page=mens-storm-chaser-boot-5-pull-on-zip-mens (emphasis added).
[8] *Id.*

L.L.Bean > Footwear > Men's > **Boots** Waterproof ⊗

# Men's Storm Chaser Boots 5, Pull-On Zip

★★★★☆  489 Reviews | Write a Review



Pin it

## Product Details

Redesigned from the top down, with a richer leather that's waterproof, stain and salt resistant. These winter boots also feature breakthrough SolarCore insulation technology for low weight and maximum insulating power.

### Size & Fit
- Order regular shoe size. For half sizes not offered, order up to next whole size.

### Specs
- Weight: Approx. 2 lb. 15 oz. per pair.

### Why We Love Them

Redesigned to be sleeker and lighter, our Men's Storm Chaser Pull-On Boots perform like high-tech waterproof boots — but with the comfort of sneakers. The rubber half shell and cushioned EVA midsole add flexibility and are built from the same materials used in top-of-the-line walking and running shoes

### Construction
- NEW Waterproof Nor'easter full-grain nubuck leather.
- Lined with waterproof 200-gram PrimaLoft® for extraordinary warmth in colder weather.
- SolarCore insulation on lasting board for warmth without the weight.
- Mesh padded collar for comfort.
- EVA-molded midsole and footbed provide athletic-shoe comfort.
- Molded toe bumper and waterproof heel counter for enhanced protection.
- Siped rubber outsole features multilugged tread for slick, slippery surfaces.
- TEK2.5® waterproof, breathable membrane inner lining.

### Additional Features
- Leather pull-on loop on back and front collar for easy on/off.
- Imported.

Item #: TA507166



L.L.Bean's individual webpage for the Women's Storm Chaser Boots 5, Zip makes substantially similar representations and warranties regarding the Product's purported "waterproof" qualities, including: [9]

- "Our Storm Chaser . . . **provid[es] the waterproof protection of rubber boots . . . .**"
- "The full-grain-leather **upper is waterproof . . . .**"
- "**A TEK2.5® lining keeps feet dry.**"
- "Waterproofed full-grain-leather upper and exclusive TEK2.5® **waterproof membrane keep feet dry.**"
- "TEK2.5 **WATERPROOF SYSTEM**"
- "Multiple layers of performance: . . . **Waterproof/windproof/breathable barrier**"

These representation and warranties are highlighted in the following screenshots of the individual product page: [10]

---

[9] *See* https://www.llbean.com/llb/shop/123140?page=strom-chaser-boots-zip-5-womens (emphasis added).
[10] *Id.*

L.L.Bean > Footwear > **Women's > Waterproof** ⊗

## Women's Storm Chaser Boots 5, Zip

★★★★ 84 Reviews | Write a Review





Similarly, the individual product page for the Men's Storm Chaser Side-Zip Ballistic Mesh boot states the product "waterproof construction" and a "Waterproof and breathable TEK2.5® lining keeps feet dry." Screenshots of specific webpage are provided below: [11]

# Men's Storm Chaser Side-Zip Boots, Ballistic Mesh



## Product Details

Our do-it-all winter boots feature waterproof construction, warm Primaloft Insulation, superior traction and superlight yet unbelievably strong ballistic mesh. From tough terrain to rough weather, they'll have you covered no matter what.

### Size & Fit

 Customer Fit Feedback

- Order regular shoe size. (For half sizes not offered, order up to next whole size).
- Fit best with midweight socks.

### Specs

- Approx. Weight: 2 lb. 8 oz. per pair.

### Why We Love It

Our ultracomfortable Storm Chasers combine all the best features of our favorite footwear: the waterproof protection of rubber boots, the warmth of snow boots, the cushioned comfort of sneakers and arch support. Waterproof SolarCore aerogel delivers serious thermal power in one of the thinnest packages on the market. It's proven not to lose warmth when wet or compressed, which is why it's added above the sole of the shoe.

### Construction

- Upper is made from waterproof ballistic nylon mesh for unparalleled durability.
- Molded EVA midsole works to cushion and support.
- Waterproof and breathable TEK2.5® lining keeps feet dry.
- 200-gram PrimaLoft® insulation for added warmth.
- Rubber outsole is aggressively lugged and grooved for superior traction on wet surfaces.
- Molded TPU toe bumper for durability and protection.

### Additional Features

- Contoured innersole provides good arch support.
- Roomy toe box for extra comfort.
- Long side zipper for easy on/off.
- Imported.

Return Policy

 **Questions?** Chat with an Expert

The individual webpage for the Women's Snowfield Waterproof Boots similarly misrepresents its "waterproof" attribute, in additional to including in attribute in the name of the Product itself. Screenshots of the Company's online representations and warranties are below, including claims that the boots feature a "**waterproof membrane**" and "**barrier**" against water that "**keeps feet dry in slush and snow**":[12]



L.L.Bean > Footwear > Women's > Waterproof

## Women's Snowfield Waterproof Boots, Tall Insulated

★★★★    64 Reviews  |  Write a Review



---

[12] *See* https://www.llbean.com/llb/shop/124676?page=womens-snowfield-boot-tall-waterproof-insulated-womens (emphasis added).

**Construction**

- Quilted nylon mesh upper with a water-resistant treatment keeps feet dry in snow and slush.
- Synthetic faux-fur collar.
- Moisture-wicking fleece lining is also quick drying.
- Contoured dual-density EVA innersole for comfort and support.
- 200-gram PrimaLoft insulation provides exceptional warmth.
- TEK2.5® waterproof membrane system and moisture-wicking lining keep feet dry in slush and snow.
- Exclusive Comfort Ride midsole gives great support and rebound.
- VertiGrip rubber-lugged outsole for reliable traction.
- Imported.

**Item #:** TA510324

Return Policy

 Questions? Chat with an Expert



L.L.Bean's Women's Carrabassett Waterproof Boots are also marketed with representations and warranties that they are "waterproof," including in the Product's name and website description, despite utilizing a non-waterproof zipper running down the length of the boot. The Company claims **"whether it's rain or snow, your feet will be . . . dry . . . ."** and again touts the **"TEK2.5 waterproof system"** and **"waterproof . . . barrier"**:[13]

---

[13] *See* https://www.llbean.com/llb/shop/123150?page=carrabassett-boot-12in-zip-waterproof-womens (emphasis added).

# Women's Carrabassett Waterproof Boots, 12" Zip

★★★★  59 Reviews | Write a Review



## Product Details

Fleece-lined boots that will look great in the worst weather; whether it's rain or snow, your feet will be very comfortable, dry and well supported.

### Size & Fit

 Customer Fit Feedback

- Order regular shoe size. Size 10 1/2 wearer, order 11.
- Suggested sock: Midweight.

### Specs

- Weight: Approx. 3 lb. per pair.

### Construction

- Waterproof full-grain leather upper.
- 12" lateral zipper for easy on/off.
- Lined with cottony-soft polyester fleece for wicking, fast drying and warmth.
- Inner lining treated with our exclusive TEK2.5® waterproof system.
- Toe cap and removable EVA insole insulated with PrimaLoft Aerogel for lightweight warmth.
- Exclusive VertiGrip rubber outsole with chain-tread pattern for excellent stability.

### Additional Features

- Hidden elastic gore for stretch.
- Collar pull tab for easy on/off.
- Imported.

Item #: TK507211



L.L.Bean also represents and warrants its Women's Rugged Cozy Boots, Mid Side-Zip as waterproof without any disclaimers regarding the Products' non-waterproof, non-gusseted zippers.[14]



---

[14] *See* https://www.llbean.com/llb/shop/125865?page=womens-rugged-cozy-boot-mid-roll-down-womens.

**Construction**

- Premium, waterproof full-grain leather and soft suede uppers.
- Cozy fleece lining for warmth and comfort.
- Medial side zipper for easy on/off.
- Our exclusive True Comfort footbed for rebound, cushion and support.
- Rugged Vibram outsole provides great traction on multiple surfaces.
- Imported.

**Item #: TA514263**

L.L.Bean has also represented and warranted its Women's Park Ridge Casual Boots, Tall as waterproof, even claiming it has a "Waterproof side zip":[15]

Women's Park Ridge Casual Boots, Tall



---

[15] *See* https://www.llbean.com/llb/shop/118143?page=womens-park-ridge-casual-boots-tall&csp=a&feat=83161-item_page.recsmiddle.

**Product Details**

These waterproof tall leather boots feature a unique felt-blend back collar that adds an extra touch of style. They'll keep your feet comfortable and dry even when the weather turns wet and cool.

 Customer Fit Feedback

**Specs**
- Heel height: 1".
- Shaft Circumference: 14".
- Approx. weight: 2 lb. 6 oz. per pair.

**Construction**
- Waterproof full-grain-leather upper looks stylish and sheds moisture.
- Acrylic felt panel at back collar for a distinctive look.
- Removable synthetic-covered EVA insole.
- Moderate arch contour on insole.
- Nylon shank.
- Molded rubber outsole with flower-pattern lugged tread.
- Waterproof side zip.
- Adjustable leather strap with metal buckle wraps around upper shaft and instep.
- Imported.

The Company's webpage for the Women's Park Ridge Casual Boots, Mid Product also represents and warrants that it is "waterproof" and made with "waterproof-full-grain-leather upper" without indicating the zipper portion of the upper is not waterproof:[16]

## Women's Park Ridge Casual Boots, Mid



---

[16] https://www.llbean.com/llb/shop/118142?page=womens-park-ridge-casual-boots-mid

**Construction**

- Stylish, wgrain-leather upper with wool-blend back shaft panel.
- Soft fleece lining and cushioned footbed for an amazing feel.
- Removable synthetic-covered EVA insole.
- Moderate arch contour of insole for support.
- Molded EVA midsole cushions in all the right places.
- Nylon shank.
- Molded rubber outsole provides all the traction you need.
- 5" zipper at arch side of shaft.
- Imported.

Return Policy

Questions? Chat with an Expert

Similarly, the Company's webpage for the Women's Waterproof Nordic Boots with Arctic Grip represents and warrants that it is "waterproof" and made with "waterproof suede upper" and a "Waterproof

Stephen Smith, President and CEO
Michael K. Mahoney, Chief Legal & Compliance Officer
L.L. Bean, Inc. & L.L. Bean International
April 21, 2022
Page 28

TEK2.5®     system     [which]     keeps     feet     dry     and     comfortable":[17]

## Women's Waterproof Nordic Boots with Arctic Grip, Suede

★★★★⌐    72 Reviews  |  Write a Review





---

[17] https://www.llbean.com/llb/shop/123151?page=nordic-boot-waterproof-nubuck-zp-arctic-grip-womens&bc=474&feat=474-GN0&csp=f&gnrefine=1*BRAND*L.L.Bean%5E1*FTRS*Waterproof&pos=79



L.L.Bean likewise represents and warrants its Shearling-Lined Bean Boots as waterproof without any disclaimer regarding the Product's non-gusseted tongue.[18]

---

[18] *See* https://www.llbean.com/llb/shop/80722?page=womens-tumbled-leather-llbean-boots-8in-shearling-lined&bc=474-630&feat=630-GN1&csp=f&gnrefine=1*FTRS*Waterproof&pos=11.





The individual product pages also feature short-form videos touting the Products "waterproof" qualities. For example, the individual page for the Men's Storm Chaser Boots 5, Pull-On Zip maintains a video with an overlay touting the Product's "Waterproof Nor'easter Nubuck Upper" and the "TEK2.5 Waterproof Membrane," without qualification. Screenshots of the video are produced below:[19]

---

[19] https://www.llbean.com/llb/shop/123214?page=mens-storm-chaser-boot-5-pull-on-zip-mens



     Similarly, the individual product page for the Men's Storm Chased Side Zip Boots, Ballistic Mesh, features a video stating the Product utilizes a "waterproof and flexible Nylon upper" and Tek2.5 Waterproof Membrane," without qualification.[20]

---

[20] https://www.llbean.com/llb/shop/121311?page=mens-storm-chaser-side-zip-boot-4-ballistic-mesh-mens



     L.L.Bean also utilizes social media to bolster its image as a maker of Products suitable for rugged and wet environments. For example, the Company regularly uses its Instagram and Facebook accounts to market its boots as suitable for the elements and convey the message that Mislabeled Boots are waterproof, stating for example on Instagram, "In every walk of life, it's nice

to have dry feet,"[21][22] and that the products are "waterproof." Screenshots of the social media posts showing the Products in various outdoor setting and conditions are reproduced below:







**L.L.Bean** ✓
November 1, 2021 · 🌐

Mix one warm and comfy coat, a handful of foliage and a dash of fresh mountain water, and you've got the recipe for a perfect fall day.
#BeanOutsider (📷: Instagram's @theloverspassport)





**L.L.Bean** ✓
March 22, 2018 · 🌐

L.L.Bean Boots: Rain-repelling, triple-stitched and waterproof. Now that's a mouthful. #BeanOutsider (📷: Instagram's @ems622)



👍❤️ 625                                    24 Comments  32 Shares

### c. Print Media/Catalogues

L.L.Bean's representations and warranties regarding its "waterproof" Products also appear in its catalogues, mailed out regularly to consumers. For example, the Fall 2019 L.L.Bean catalogue claims that the Storm Chaser Boots Products are "Waterproof" and/or include the "TEK2.5® waterproof/breathable membrane . . . ." Copies of the catalogue are provided below:



Likewise, the same Fall 2019 catalogue represented and warranted that the Carrabassett Boots are "Waterproof" with the "TEK2.5 waterproof membrane inner lining," providing the "protection you need to battle the elements":



Similar representations and warranties appear in the Company's December 2019 Guide to Winter catalogue, as shown in the images below. The Company claims its Products, including the Storm Chaser line of boots are "waterproof"[23] or made with "waterproof full-grain leather upper with our exclusive TEK 2.5 waterproof, breathable lining" that "keeps feet dry":

---

[23] The company also claims the Women's Nordic Boot with Arctic Grip is waterproof.



**NOR'EASTER LEATHER**
Waterproof and stain-resistant protection



**MOLDED RUBBER OUTSOLE**
Multilugged treads offer
superior traction



**WATERPROOF & BREATHABLE**
Our exclusive TEK 2.5 waterproof/breathable
barrier keeps feet dry

NEW

# Storm Chaser Boots

**A–F. For Men and Women  Redesigned with improved leather in Men's and a more lightweight feel in Women's.** Our Storm Chaser Boots perform like high-tech waterproof boots but with the comfort of sneakers. Waterproof full-grain leather upper with our exclusive TEK2.5® waterproof, breathable lining. Lace and Pull-On feature 200-gram PrimaLoft insulation. Synthetic mesh padded collar for comfort. Fast-drying mesh fabric lining for moisture management. Molded EVA midsole adds sneaker-like comfort. VertiGrip rubber siped outsole for traction on multiple surfaces. Imported.

**Whole and half sizes:** Men's Medium D 7 to 12, 13, 14. Women's Medium B 6 to 10, 11.

**MEN'S**



Oakwood

**A. SLIP-ON SHOE**
Dark Ash, Oakwood.
HJ507173 $109



Oakwood

**B. LACE BOOT**
Dark Ash, Oakwood.
HJ507372 $139



Oakwood

**C. PULL-ON ZIP BOOT**
Dark Ash, Oakwood.
HJ507166 $139

**WOMEN'S**



Toasted Coconut/Bean Boot Brown

**D. SLIP-ON SHOE**
Toasted Coconut/Bean Boot Brown, Black (view online).
HJ507154 $109



Toasted Coconut/Bean Boot Brown

**E. LACE BOOT**
Toasted Coconut/Bean Boot Brown, Black/Black (view online).
HJ507155 $129



Shale Gray/Black

Taupe/Bean Boot Brown

**F. PULL-ON ZIP BOOT**
Shale Gray/Black, Taupe/Bean Boot Brown.
HJ507153 $129

Similarly, the 2019 Winter Holiday catalogue touts that its snow boots "... will keep you on the go in the worst weather" and represented and warranted that the Snowfield Boots, Tall are "Waterproof":

**NEW Snowfield Boots**

D, E. For Women Casual snow boots for everyday wear around town or commuting to work. Waterproof full-grain-leather foot and trim. Warm 200-gram PrimaLoft® insulation. Soft, moisture-wicking nylon/acrylic-fleece lining and faux-fur collar. Cushioned, removable EVA insole is covered in warm polyester fleece. EVA midsole and molded nylon shank. Imported.

Whole sizes: Medium B 6 to 11.

D. TALL  WL510324  $169
E. MID   WL510322  $159



The Company uses its mailings to consumers to bolster its claims that with L.L.Bean products, its customers will be prepared for wet winter weather, and to further tout the TEK2.5 waterproof system. For example, the Company's 2020 Outwear catalogue highlights L.L.Bean's

Stephen Smith, President and CEO
Michael K. Mahoney, Chief Legal & Compliance Officer
L.L. Bean, Inc. & L.L. Bean International
April 21, 2022
Page 42

"ready-for-anything outerwear," in particular the Men's and Women's Storm Chaser "**high-tech waterproof boots,**" featuring **"waterproof" "NOR'EASTER LEATHER"** and a "**TEK 2.5 waterproof . . . membrane [that] seals out weather.**" Copies of the catalogue are provided below:







Substantially similar representations and warranties appear in the Company's 2020 Guide to Winter catalogue, as shown in the images below. The Company claims its waterproof boots are suitable for "**ALL WEATHER & ALL TERRAIN**," combining comfort with the "**tough waterproof performance**" of "**TEK 2.5**" waterproofing:





Specifically with regard to the Storm Chaser Boots, the Company represents and warrants the Products will "**provid[e] the waterproof protection of rubber boots**" and "**keep[] you dry in rain and snow.**"



#### d. Representations and Warranties Made by the Company's Authorized Retailers

Moreover, similar representations and warranties regarding the purported "waterproof" qualities of the Mislabeled Boots are repeated by authorized retailers. For example, L.L.Bean's Men's Storm Chaser Boots are advertised as "waterproof" on Zappos.com[24] and appear as a result in Zappos.com's "waterproof" filter:

---

[24] *See* https://www.zappos.com/p/l-l-bean-storm-chaser-boot-5-pull-on-zip/product/9595474.



## L L Bean Storm Chasers Boots



## II.     The Mislabeled Boots are not "Waterproof"

As you are aware, the term waterproof in footwear generally refers to a product that will not absorb or allow penetration of water. That means the water cannot seep in through the stitches and zippers, as well as between the tongue and the shoe upper. Significantly, the United States Court of International Trade looked toward several dictionary definitions to aid its determination of the common and commercial meaning of the term "waterproof." *LF USA, Inc. v. United States*, 290 F. Supp. 3d 1339, 1344, n.3 (Ct. Int'l Trade Dec. 22, 2017) ("Therefore, waterproof footwear *must protect the foot by not allowing water or other liquid to penetrate the shoe.*") (emphasis added). The Court ultimately determined that because the footwear at issue "does not provide protection against water, oil grease, or chemicals or cold or inclement weather" it "does not fit into the definition of 'waterproof footwear' . . . ." *Id.* at 1347.

Our investigation shows the Mislabeled Boots allow water to penetrate at their seams and, accordingly, are not "waterproof." This water penetration is due to the fundamental design and construction of the Products, including the use of non-waterproof zipper closures and/or non-gusseted zippers and/or tongues, which allow water to easily penetrate the boots rendering the "waterproof" representations and warranties false and misleading. For example, the Company's Storm Chaser Boots purchased by our client, which are represented and warranted as being "waterproof," fails to utilize a waterproof gusset that backs the zipper. A gusset is a piece of material sewn to the upper of the boot, behind the zipper, attaching both sides of the boot and extending to the top of the boots. This design, presuming the gusset material is waterproof and seam sealed, allows for waterproofing protection up to the top of the boot where it joins to the upper. Below is an illustration:



Moreover, the Mislabeled Boots, including, for example, the Shearling-Lined Bean Boots, fail to employ a gusseted tongue or Bellows Tongue (let alone a waterproof one) which would prevent water from entering the interior of the boot. An illustration of a gusseted tongue is provided below:



Furthermore, our investigation indicates that the zippered Mislabeled Boots are constructed with YKK Corporation of America ("YKK") zipper enclosures that are not waterproof, including the Storm Chaser model purchased by our client.[25] As shown below, none of the zipper enclosures used in the zippered Mislabeled Boots are "waterproof."

Based on our investigation, L.L.Bean uses YKK "5CNT" plastic coil zipper enclosures in the construction of its zippered Mislabeled Boots.[26] The following photograph shows the zipper on L.L.Bean's Storm Chaser model.

---

[25] Other Mislabeled Boots may be manufactured with zipper enclosures from other manufacturers like YKK zipper enclosures that are also not waterproof.

[26] "5CN" refers to a particular size and locking system of plastic coil zipper. *See* YKK's Fastening Catalog, *available at* https://ykk.meclib.jp/FasteningCatalogue/book/index.html#target/page_no=1; *see also* YKK's Asia Slider Catalogue, p. 31, *available at* https://ykk.meclib.jp/Slider/book/#target/page_no=31. The "T" specifically refers to the version used on YKK's "AquaGuard" zipper, which it states is only "water repellant," not "waterproof" on its website. *See* https://www.ykkfastening.com/products/search/detail.html?pdid1=AquaGuard(R)+(Coil) ("This zipper is water repellant, not waterproof/watertight").



Likewise, the following photograph shows the zipper on L.L.Bean's Rugged Cozy boots.



YKK's "5CNT" zippers, however, are not "waterproof." Specifically, YKK's "AQUA" catalog which is attached hereto as Exhibit 2, lists YKK's comprehensive line of "waterproof" and "water-resistant" zipper enclosures, and only includes the Aquaseal®, Flexseal® or Proseal® as being truly "waterproof." YKK uses "5CN" zippers in its standard plastic coil zipper, which is used on a wide variety of products and is not waterproof,[27] as well as Aurolite® and Metallion® zippers. None of these zippers are categorized by YKK as being waterproof. For example, YKK's "AQUA" catalog does not include the Aurolite® or Metallion® product lines. Nor does YKK advertise the Aurolite® zippers as being "waterproof." Rather, YKK advertises Aurolite® zippers

---

[27] *See* https://www.ykkfastening.com/products/search/detail.html?pdid1=Coil+Zipper+Standard.

as intended to be used for its iridescent color effect, and the Aurolite® catalog's "Instructions for use" specifically indicates that it is "Not recommended for use on footwear. There is a possibility of particles getting in between the elements . . . ." *See* Exhibit 3. Similarly, the Metallion® zippers are not advertised as being "waterproof" or for use in footwear, but are advertised as primarily used to create a shiny or matte metallic look. *See* Exhibit 4.

Further, at least two models of the Mislabeled Boots are constructed with a covered zipper with a visible seam, as shown in the following copy of a photograph of a Women's Snowfield Waterproof Boot, Tall:[28]



Although YKK markets certain zippers as being covered, with a polyurethane finish to provide some degree of water resistance, this treatment does not create a "waterproof" zipper. In particular, the treatment used in YKK's Aquacheat® or AquaGuard® zippers provide, at most, only a water repellant zipper. YKK notes in marketing materials that the Aquacheat® zipper provides only a water repellant look and that the AquaGuard® zipper "is water repellent, not waterproof/watertight."[29]

---

[28] *See* https://poshmark.com/listing/LL-Bean-Womens-Snowfield-Insulated-Tall-Waterproof-Winter-Boot-Size-8-61f5b83f074d24303a289ce2?utm_source=gdm&utm_campaign=9886005321&campaign_id=9886005321&ad_partner=google&gskid=aud-946532829540%3Apla-1187535741595&gcid=431634791276&ggid=103371076954&gdid=c&g_network=g&enable_guest_buy_flow=true&gclid=EAIaIQobChMIn6fTz56j9gIVkZOzCh1sZAuuEAQYAyABEgLKP_D_BwE.

[29] *See* Exhibit 2; https://www.ykkfastening.com/products/search/detail.html?pdid1=AquaGuard(R)+(Coil).

In contrast, the only YKK zippers categorized as being "waterproof" or "water tight" are Aquaseal®, Flexseal® and Proseal®. *See* Exhibit 2. Each of these zippers is subject to individual water pressure testing to evaluate for water tightness under various levels of water pressure.[30]

In fact, several high-end hiking boots have incorporated the waterproof Flexseal® zipper or other manufacturers'[31] waterproof zippers into their footwear. For example, the Scarpa Phantom Tech boot and Phantom 8000 HD[32] utilize "Flexseal®" zippers to create a waterproof closure on its outer cover.

None of the zippered Mislabeled Boots, however, use an Aquaseal®, Flexseal® or Proseal® zipper. In fact, YKK does not use "5CN" zippers in the manufacture of either its Aquaseal®, Flexseal® or Proseal® product lines so they clearly were not the zippers used for any Mislabeled Boots with YKK plastic coil zippers. *See* YKK's product catalogs for its Aquaseal®, Flexseal® and Proseal® zippers indicating that "5CN" zippers are not used in their construction, attached hereto as Exhibit 2 (indicating that the Proseal® uses "4TZ," "8TZ," and "12TZ" zippers while Aquaseal® uses "5VFWN" and "10VFWB" zippers).[33] Accordingly, the zippers used for the Mislabeled Boots purchased Plaintiffs or any other consumer who purchased Mislabeled Boots constructed with a YKK zipper did not utilize a "waterproof" zipper.

Regardless, Defendant knew or should have been aware of the misleading nature of the "waterproof" representations. It is self-evident L.L.Bean knows and understands how to manufacture a waterproof zippered boot and/or boots with a waterproof gusseted tongue. The Company touts that its founder, Leon Leonwood Bean, was inspired to create a waterproof boot when he returned from a hunting trip in the Maine wilderness with soaking wet cold fee.[34] [35] In fact, Mr. Bean patented one of the first boot designs, for the purpose of making a boot waterproof, by utilizing a gusseted tongue that "is secured to the vamp and between the side pieces of the top." A copy of the patent is provided below:

---

[30] *See* https://www.ykkfastening.com/water-protective/support/testing/.

[31] http://tizip.com/

[32] https://www.scarpa.com/phantom-8000-s19

[33] *See also* https://www.ykkfastening.com/water-protective/flexseal/ (indicating Flexseal® uses "85SEY" zippers).

[34] https://www.newenglandhistoricalsociety.com/l-l-bean-merchant-of-the-maine-woods/

[35] https://www.llbean.com/llb/shop/518296?nav=F4t518296-518318

L. L. BEAN.
TONGUE AND TOP REINFORCEMENT FOR SHOES.
APPLICATION FILED JUNE 11, 1920.

1,373,399.

Patented Apr. 5, 1921.

Moreover, the Company's classic Bean Boots are still manufactured today with a fully gusseted tongue, which are represented and warranted to be "WATERPROOF." Yet the Company utilizes a non-gusseted tongue on certain Mislabeled Boots such as the Women's Shearling-Lined Bean Boots and still warrants they are waterproof:

**Classic Bean Boot (gusseted)**



**Women's Shearling-Lined Bean Boots (non-gusseted tongue)**



     With respect to zipper gussets, we note that the Company has manufactured (and to this day still manufactures) some boots with an integrated gusset that fully extends to the top of the boot. As noted above, this design may prevent water that infiltrates the zipper from seeping into the boot, presuming the gusset material is truly waterproof. For example, the Company utilized a full zipper gusset on prior version of Women's Storm Chaser zip and on its Women's Waterproof

Nordic Casual Boots,[36] Women's Bethel Waterproof Boots,[37] and Women's Insulated Commuter Boots (illustrated below):[38]

### Predecessor Storm Chaser Models



---



**Women's Waterproof Nordic Casual Boots**



**Women's Bethel Waterproof Boot**



**Women's Insulated Commuter Boots**



Thus, despite knowing how to manufacture a truly waterproof boot and regularly distinguishing between "waterproof" and "water repellant" boots, L.L.Bean knowingly and intentionally represented and warranted the Mislabeled Boots as being "waterproof" when it knew such statements were false, as none of the Mislabeled Boots are constructed with either a waterproof zipper or full waterproof gussets reinforcing the zipper and/or the tongue. As such, L.L.Bean cannot label or advertise the Mislabeled Boots that have neither a waterproof zipper nor a full waterproof gusset as "waterproof."

Further, L.L.Bean admitted, albeit buried in a consumer blog on the Company's website, that the Products are not waterproof, despite representations to the contrary. For example, on January 1, 2020, when a consumer posted a complaint concerning the Company's Storm Chaser model on L.L.Bean's webpage stating "**Not waterproof zipper lets water inside shoe. . . . Useless boot if it can't keep feet dry,**" an L.L.Bean representative responded by stating that the Product's zippers are not waterproof. A screen shot of the admission is reproduced below:



January 1, 2020

**Not Waterproof**

**Size Purchased:** 13
**Fit - Length:** Slightly small
**Fit - Width:** Slightly narrow

Not waterproof zipper lets water inside shoe. Wear like a tennis shoe very comfy. Useless boot if it can't keep feet dry.

> **Response from L.L.Bean**
> By L.L.Bean Customer Satisfaction Team
>
> January 4, 2020
>
> We are sorry that the boots didn't perform as you expected. The zippers on these boots is not waterproof. The boots are waterproof up to the zipper base. You are more than welcome to return the boots to us.

Similar admissions are made by "Product Specialist" on the Company's live chat application "Chat with an Expert," when queried about the protection levels offered. A screenshot of an inquiry and admission is provided below:





Moreover, the materiality of labeling the Products as waterproof is obvious. Indeed, similar claims have been held to be literally false. *See W.L. Gore & Assocs. v. Totes Inc.*, 1992 U.S. Dist. LEXIS 4129, \*15, 23 (D. Del. 1992) (holding "the definitional distinctions between water resistant and **waterproof**, found in an ordinary English language dictionary, are usually known by the general public. The defendant's use of the term '**waterproof**' as a representation, one with an accepted common sense definition as to quality, when its product does not conform to the generally accepted definition is an unfair and deceptive practice.").

Our client Ms. Lenzi (a resident of New York) purchased the Women's Storm Chaser Boots from L.L.Bean in New York. The boots were misrepresented and promoted with "waterproof" representations and warranties in the same or similar ways as illustrated above. After purchasing the Product and later experiencing water absorption into the interior of those boots, our client learned that the "waterproof" representations and warranties which induced the purchase were false and/or misleading. Had our client known the truth that the boots were not "waterproof," despite their labeling to the contrary, she would not have purchased them.

Ms. Lenzi's experiences are not unique. Numerous other consumers have likewise complained that they paid a premium price for the Mislabeled Boots due to the Company's claims they were waterproof, when in fact they are not. For example, consumers have stated on the "customer reviews" section of the Company's website (among other comments) that the Storm Chaser boots:

- "Not waterproof at all . . . water gets in easily . . ."
- "leaks like a sieve . . . put the side zipper [i]n a trickle of water and it leaked right in. No chance in a puddle . . ."
- "The side zip . . . compromise[s] the waterproof. If you stepped in water over the zipper, some would get in."
- "the zip will leak water in if the boot is submerged"

Screenshots of the complaints are provided below:



February 18, 2021

**Poor quality Men's boots**

Size Purchased: 9 1/2
Fit - Length: Slightly small
Fit - Width: Somewhat narrow

Not waterproof at all, poor quality, water gets in easily, bad quality boots

Post a Comment

January 27, 2020

**leaks like a sieve**

Size Purchased: 12
Fit - Length: Slightly small
Fit - Width: Somewhat narrow

put the side zipper on a trickle of water and it leaked right in. No chance in a puddle was told no shipping charge but i have an invoice for 0.99. I hope that's not real

Post a Comment



January 27, 2021

**Great boot**

**Size Purchased:** 11 1/2
**Fit - Length:** Somewhat small
**Fit - Width:** Slightly narrow

Wore these on a January 2021 trip to Fairbanks AK. I found them to be warm and comfortable. The temp was between minus 10 and minus 20 during my trip. I used them on a snow machine tour and a dog sled tour. I felt that they were just a tiny bit short and might have exchanged for a half size bigger if ai had time. They worked out fine anyway. My feet were warm the entire time in spite of a health condition that gives me cold feet. The side zip is great, but does compromise the waterproof. If you stepped in water over the zipper, some would get in. For me, I must keep my sox pulled up to prevent skin abrasion by the top collar. That is more a function of my ankle than the boot. All in all I give them an excellent rating.



Post a Comment

⭐⭐⭐⭐⭐

February 22, 2022

**Great warm winter boots**

**Size Purchased:** 11 1/2
**Fit - Width:** True to size

Purchased a pair well over year ago. These are great snow boots. They fit well and required no break in for me. The zip makes them quick on and off, though the zip will leak water in if the boot is submerged. The first couple of times I wore them, I thought there was an ankle rub. Turned out to be a little stiff cloth tag with a rough edge. A little very careful work with a pen knife and the tag and stitches were gone along with the rub. I wore them at 18 below in Fairbanks Alaska and was perfectly comfortable. Highly recommended.



Post a Comment

Similarly, customers have commented on the Company's website that the Snowfield boots fails to prevent water and/or slush from penetrating the boots. In particular, one customer noted the boots are "Warm but **NOT waterproof**," finding "[t]he placement of **the side zipper allows slush to get inside the boot and make your foot wet. I'm more than disappointed that they are not waterproof as advertised**." Another customer similarly observed, "**Not waterproof** . . .

. They are warm but **I wanted waterproof snow boots! These do not deliver on expectations, or function as advertised**." Screenshots of the complaints are provided below:[39]



**Warm but NOT waterproof**

January 21, 2022

**Size Purchased:** 8
**Fit - Width:** True to size

Comfy, warm, but not waterproof. The placement of the side zipper allows slush to get inside the boot and make your foot wet. I'm more than disappointed that they are not waterproof as advertised.

Post a Comment



**These are not snow boots**

February 2, 2022

**Size Purchased:** 8

Not waterproof, no traction in snow. They are warm but I wanted waterproof snow boots! These do not deliver on expectations, or function as advertised.

> **Response from L.L.Bean**
> By L.L.Bean Customer Satisfaction Team
>
> February 11, 2022
>
> The Snowfield Waterproof Boots are constructed using a breathable, waterproof membrane, and waterproof due to the materials used. If your feet sweat, it might be interpreted as a leaky boot.

Post a Comment

   Similarly, a customer commented on the Company's website that the Women's Waterproof Nordic Boots with Artic Grip are "NOT Waterproof" and were "completely soaked" after playing in the snow:



**Warm, Comfy, NOT Waterproof**

December 2, 2019

**Size Purchased:** 7 1/2
**Fit - Length:** Slightly small
**Fit - Width:** Slightly narrow

Bought these for my 11-year old daughter. They're lovely to wear to school and keep her warm on dry days, but after one hour of playing in the snow the leather and lining were completely soaked through--definitely NOT waterproof! I'm back shopping for snow boots, and feeling very grumpy b/c I thought these would do the job.

---

[39] Remarkably, in response to the comment, an L.L.Bean representative again claimed the boots are "waterproof due to the materials used" and dismissed the customer's concerns, writing, "If your feet sweat, it might be interpreted as a leaky boot."

However, as the Company is aware, the zipper components on Products are not waterproof. Nor are they backed by a waterproof gusset. Yet, L.L.Bean represents and warrants the Mislabeled Boots as waterproof without any disclaimer regarding the limitations of the Product's non-gusseted tongues or zippers. This is in stark contrast to the Company's competitors, who disclose their product's limitations. For example, Steven Madden, Ltd. line of Blondo products notes that their "standard zipper[s]" are "not waterproof." Screenshots of Blondo's website are provided below:[40]



WATERPROOF

All Blondo® footwear is authenticated by the AquaProtect® seal which certifies the use of high quality waterproof leathers and synthetic materials with seam-sealed construction. This process provides a superior protection against water infiltration and the harmful effects of calcium/salt. Standard zippers not waterproof.

## III. Violations of New York Law

We believe that the business practice discussed herein constitutes a breach of your express and/or implied warranties to our client and other Product purchasers (U.C.C. §§ 2-313, 2-314). It also gives rise to claims under common law for negligence, unjust enrichment, fraudulent concealment and nondisclosure, and other statutory and common law claims. Besides any common-law and/or other statutory remedies.

In addition to the violations above, L.L.Bean's mislabeling of the Products, as described herein, is a deceptive practice in violation of New York Gen. Bus. Law § 349 and false advertising in violation of New York Gen. Bus. Law § 350. New York Gen. Bus. Law § 349(h) provides for the recovery of "actual damages or fifty dollars, whichever is greater" and New York Gen. Bus. Law § 350-e(3) provides for the recovery of "actual damages or five hundred dollars, whichever is greater" for each violation, and each statute provides for the recovery of attorneys' fees to a prevailing consumer. Therefore, L.L.Bean would be subject to substantial class-wide statutory damages of $550.00 for each of the Mislabeled Boots sold in New York upon a showing of even *one penny* of price premium over its competitors whose products are not similarly misbranded. *See In re Scotts EZ Seed Litigation*, 2017 WL 3396433, **5-6, 11 (S.D.N.Y., August 8, 2017) (denying summary judgement for defendant and sustaining for a class-wide trial the class claims for $550 per unit sold under New York GBL §§ 349 and 350); *see also Kurtz v. Kimberly-Clark Corporation*, 321 F.R.D. 482, 526 (E.D.N.Y. 2017) (in certifying a class under GBL §§ 349 and 350, the court agreed that the opinion of the Supreme Court of the United States in *Shady Grove Orthopedic Associates, P.A. v. Allstate Ins. Co.*, 559 U.S. 393 (2010) would permit damages up to $550 per unit). Moreover, because of the mislabeling discussed herein, we have no doubt that we will be able to show a price premium attributable to the mislabeling through the use of expert analysis that readily supports injury and damages for Ms. Watson and classes of similarly situated persons. *See, e.g., In re Kind LLC "Healthy & All Nat. " Litig.*, 337 F.R.D. 581, 603-608 (S.D.N.Y.

---

[40] https://blondo.com/pages/technology

2021). Furthermore, a plaintiff need not show pecuniary harm to make a claim under § 349 in particular. *McCrobie v. Palisades Acquisition XVI, LLC*, 359 F. Supp.3d 239, 255-256 (W.D.N.Y. 2019).

## IV.     Demand for Relief

Thus, in accord with applicable laws requiring pre-suit demand and notice, our client demands that within thirty (30) days of receipt of this letter, L.L.Bean takes the following steps to cure the issues complained of herein:

1. Provide our client with an accounting of L.L.Bean's sales and profits (both gross and net profits) in New York for the Mislabeled Boots within the past four (4) years;

2. Refrain from marketing, labelling, and selling the Mislabeled Boots as being "waterproof" or using words to that effect; and

3. Pay damages and restitution to our client, and to all other putative class members nationwide, as well as attorneys' fees and expenses.

Furthermore, we demand that you preserve all documents and other evidence which refer or relate to any of the above-described practices including, but not limited to, the following:

1. All documents concerning the design, development and/or testing of the Mislabeled Boots;

2. All documents concerning the advertisement, promotion of, marketing or sale of the Mislabeled Boots;

3. All documents concerning communications with suppliers of the materials and/or zipper closures utilized in the Mislabeled Boots;

4. All documents concerning the sales volume of the Mislabeled Boots (in units and/or dollars), and the revenues derived therefrom; and

5. All documents concerning the identities of Class members who purchased the Mislabeled Boots.

If L.L.Bean contends that any statement in this letter is inaccurate in any respect, please provide us with your contention and supporting documents immediately upon receipt of this letter, but in no event later than 30 days from the date of receipt. If we do not receive a response from you, we will assume that L.L.Bean has no interest in addressing the matters complained of herein, and our client may file a complaint against L.L.Bean seeking damages, restitution, injunctive and/or other relief for herself and similarly situated persons for the Company's breaches of its express warranties as well as the statutory and common law claims described herein.

Stephen Smith, President and CEO
Michael K. Mahoney, Chief Legal & Compliance Officer
L.L. Bean, Inc. & L.L. Bean International
April 21, 2022
Page 69

Sincerely,

Joseph N. Kravec, Jr.
(Admitted in NY and PA)

and

Antonio Vozzolo (Admitted in NY and NJ)
VOZZOLO, LLC

Enclosures

cc:   Linda Lenzi (via Electronic Mail w/o enc.)

# EXHIBIT 2



**SENDER: COMPLETE THIS SECTION**

- ■ Complete items 1, 2, and 3.
- ■ Print your name and address on the reverse so that we can return the card to you.
- ■ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

L.L. Bean International
c/o Michael K. Mahoney
10 Casco Street
Freeport, ME 04033

9590 9402 7250 1284 2681 00

2. Article Number (Transfer from service label)

7019 1640 0001 6993 3641

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X *Brent Arsenault* ☐ Agent ☐ Addressee

B. Received by (Printed Name) *Brent Arsenault* C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

FREEPORT ME 04032

APR 25 2022

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2020 PSN 7530-02-000-9053        Domestic Return Receipt



**SENDER: COMPLETE THIS SECTION**

- ■ Complete items 1, 2, and 3.
- ■ Print your name and address on the reverse so that we can return the card to you.
- ■ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Michael K. Mahoney
Chief Legal & Compliance Officer
L.L. Bean, Inc.
15 Casco Street
Freeport, ME 04033

9590 9402 7250 1284 2680 70

2. Article Number (Transfer from service label)

7019 1640 0001 6993 3665

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X *Brent Arsenault* ☐ Agent ☐ Addressee

B. Received by (Printed Name) *Brent Arsenault* C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

FREEPORT ME

APR 25 2022

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2020 PSN 7530-02-000-9053        Domestic Return Receipt



USPS TRACKING #

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

9590 9402 7250 1284 2681 00

**United States
Postal Service**

• Sender: Please print your name, address, and ZIP+4® in this box•

Feinstein Doyle Payne & Kravec, LLC
429 Fourth Avenue
Law & Finance Building, Suite 1300
Pittsburgh, PA 15219

— 150525



USPS TRACKING #

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

9590 9402 7250 1284 2680 70

**United States
Postal Service**

• Sender: Please print your name, address, and ZIP+4® in this box•

Feinstein Doyle Payne & Kravec, LLC
429 Fourth Avenue
Law & Finance Building, Suite 1300
Pittsburgh, PA 15219

— 150525



**SENDER: COMPLETE THIS SECTION**

- ■ Complete items 1, 2, and 3.
- ■ Print your name and address on the reverse so that we can return the card to you.
- ■ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Stephen Smith
President and CEO
L.L. Bean, Inc.
15 Casco Street
Freeport, ME 04033

9590 9402 7250 1284 2680 94

2. Article Number (Transfer from service label)

7019 1640 0001 6993 3658

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X _Brent Ausenault_
☐ Agent
☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

APR 2 5 2022

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2020 PSN 7530-02-000-9053    Domestic Return Receipt

USPS TRACKING #

PITTSBURGH PA 150
25 MAR 2022 PM 4 L

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

9590 9402 7250 1284 2680 94

**United States
Postal Service**

• Sender: Please print your name, address, and ZIP+4® in this box•

Feinstein Doyle Payne & Kravec, LLC
429 Fourth Avenue
Law & Finance Building, Suite 1300
Pittsburgh, PA 15219

LL Bean

SECTION

ss on the reverse
ard to you.
k of the mailpiece,
mits.

acson

343-3070

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X _Mrs Burnett_    ☑ Agent
☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery
04-25-22

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

APR 25 2022
LEWISTON 04240

4 2680 87

0001 6993 3689

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Restricted Delivery (over $500)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

7530-02-000-9053    Domestic Return Receipt

9590 9402 7250 1284 2680 87

**United States
Postal Service**

• Sender: Please print your name, address, a

Feinstein Doyle Payne &
429 Fourth Avenue
Law & Finance Building,
Pittsburgh, PA 15219

# EXHIBIT 3

# Joseph N. Kravec, Jr.

| | |
|---|---|
| **From:** | Joseph N. Kravec, Jr. |
| **Sent:** | Tuesday, May 9, 2023 3:56 PM |
| **To:** | Brooks, Meegan |
| **Cc:** | Sheridan, Stephanie; Anthony Vozzolo - Vozzolo LLC (avozzolo@vozzolo.com); Salimi, Beeba; Meuti, Michael |
| **Subject:** | RE: Lenzi v. LL Bean follow-up |
| **Attachments:** | 2023-02-17 Auto Referral to Mediation.pdf |

Meegan,

We are engaged in informal confidential settlement discussions. Neither party is obligated to produce any information to the other at this time. As such, your demand that we provide proof of purchase immediately is not well taken as was your side's embracement of cartoons and other mockery of our client by a few ill-informed individuals in Maine that seem to have nothing better to do. That said, I have already stated that "If we can resolve this [notification] issue, we are willing to exchange information about Plaintiff's purchase as long as LL Bean commits to give us the unit sales numbers we previously requested." This is a mutual exchange of information that each side says they need to move the ball forward toward settlement. If your client is serious about settling at this time, we'd think such a mutual exchange would not be a problem.

As for the information provided to date about the changes LL Bean made after receiving our demand letter, we'd note that much of that was already known to us as reflected in our Complaint. For the rest, the four one-sentence statements you provided in your April 24th email do not include all the details. For example, you have not confirmed if and when all "waterproof" labeling stamped on the boots themselves has been discontinued. Nor do we know the timing of any of the changes related, including when non-LL Bean retailers and third-party websites were informed to stop advertising the boots as waterproof, who these parties are and whether they actually stopped the waterproof advertising.

But, as I indicated in my prior email, there remains the threshold issue of providing publicly accessible notice that LL Bean will provide a refund for the Products at issue in our Complaint, whether as part of a clarifying statement to the Refund Policy or otherwise. The point of my prior email is that if notification is a non-starter for your client, then doing anything further toward settlement at this time (such as exchanging Plaintiff purchase and LL Bean unit sales information) would not be productive since we would not do an individual settlement without some agreeable form of public notice.

Frankly, I think each side here has concerns that a good mediator would be best suited to help get us past and move us toward a resolution. I know I have brought the issue of mediation up before and your client has not been interested. However, the Court has already referred this case to mediation (see attached) which must be completed by 12 weeks after the Rule 16 conference. Thus, we are going to have to do a mediation. The only question is does your client want to do that now or after a motion to dismiss is decided. We are willing to do either. Please let us know what LL Bean wants to do.

Joe

Joseph N. Kravec, Jr., Esq.*
Partner
FEINSTEIN DOYLE PAYNE & KRAVEC, LLC
Law & Finance Building, 13th Floor
429 Fourth Avenue

Pittsburgh, PA 15219
1-412-281-8400
1-412-281-1007 (FAX)
www.fdpklaw.com

NY Office:
29 Broadway Ave, 24th Floor
New York, NY 10006-3205
1-212-952-0014

*Admitted in PA and NY

**CONFIDENTIALITY WARNING:** This email may contain privileged or confidential information and is for the sole use of the intended recipient(s). Any unauthorized use or disclosure of this communication is prohibited. If you believe that you have received this email in error, please notify the sender immediately and delete it from your system.

**From:** Brooks, Meegan <MBrooks@beneschlaw.com>
**Sent:** Monday, May 8, 2023 11:18 PM
**To:** Joseph N. Kravec, Jr. <JKravec@fdpklaw.com>
**Cc:** Sheridan, Stephanie <SSheridan@beneschlaw.com>; Anthony Vozzolo - Vozzolo LLC (avozzolo@vozzolo.com) <avozzolo@vozzolo.com>; Salimi, Beeba <BSalimi@beneschlaw.com>; Meuti, Michael <MMeuti@beneschlaw.com>
**Subject:** RE: Lenzi v. LL Bean follow-up

Hi Joe,

Your email has conflated two separate issues.

Our message referenced an issue we raised earlier that you had not responded to, and since it is a threshold issue completely separate and apart from our settlement discussions, it must, necessarily, be addressed first. We routinely obtain proof of purchase from opposing counsel at the outset of cases (whether or not we are considering settlement); here, we've asked several times, and your resistance to providing such basic information is alarming, since it suggests you may not have the basis for the allegations in the Complaint. Our client shares our concern.

L.L.Bean has been incredibly engaged in this early negotiation process, having already provided extensive information about changes to its practices, additional changes it would be willing to consider, and sales data for the item at issue in the Complaint that Plaintiff purportedly purchased. Plaintiff, on the other hand, has not provided us with *anything* in return, despite us having identified a slew of information we would like to see, including testing, surveys, etc. Especially when considering the amount of time, expense, and resources L.L.Bean has put into working on this matter in good faith up to this point, its simple request for confirmation that Plaintiff made a purchase is imminently reasonable.

Please let us know if you have a proof of purchase, and send it immediately.

Thanks,
Meegan



Meegan B. Brooks, CIPP/US
(she/her/hers)
Partner | Litigation

vCard

2

Benesch Friedlander Coplan & Aronoff LLP

t: 628.600.2232 | MBrooks@beneschlaw.com
www.beneschlaw.com
100 Pine Street, Suite 3100, San Francisco, CA 94111

Confidentiality Notice to Incorrect Addressee: www.beneschlaw.com/confidentialitynotice

**From:** Joseph N. Kravec, Jr. <JKravec@fdpklaw.com>
**Sent:** Monday, May 8, 2023 12:04 PM
**To:** Brooks, Meegan <MBrooks@beneschlaw.com>
**Cc:** Sheridan, Stephanie <SSheridan@beneschlaw.com>; Anthony Vozzolo - Vozzolo LLC (avozzolo@vozzolo.com)
<avozzolo@vozzolo.com>; Salimi, Beeba <BSalimi@beneschlaw.com>; Meuti, Michael <MMeuti@beneschlaw.com>
**Subject:** RE: Lenzi v. LL Bean follow-up

Meegan,

Thank you for your email. As I previously indicated, the threshold issue for us to doing any individual settlement is that consumers who wish to get a refund for any of the Products identified in our Complaint ("Products") can and are generally notified of this right (not just when they ask for a refund). We suggested that the consumer notification could simply be a clarification statement added to LL Bean's Refund Policy included everywhere where LL Bean's Refund Policy appears making it clear refunds will be given to anyone who wants to return the Products. We also asked that all LL Bean personnel be advised of this refund option and be directed not to refuse a refund request for the Products as long as the Product is returned. You advised that while LL Bean may let its personnel know, LL Bean is unwilling to provide any consumer facing notification of its refund for the Products, whether by a public clarification of its Refund Policy or otherwise. This is a fundamental problem for us. We are happy to discuss this issue further with you to see if we can reach a mutually acceptable solution. However, if we are unable to resolve this issue, then we do not see an individual settlement that we'd be amenable to at this time.

If we can resolve this issue, we are willing to exchange information about Plaintiff's purchase as long as LL Bean commits to give us the unit sales numbers we previously requested.

Joe

Joseph N. Kravec, Jr., Esq.*
Partner
FEINSTEIN DOYLE PAYNE & KRAVEC, LLC
Law & Finance Building, 13th Floor
429 Fourth Avenue
Pittsburgh, PA 15219
1-412-281-8400
1-412-281-1007 (FAX)
www.fdpklaw.com

NY Office:
29 Broadway Ave, 24th Floor
New York, NY 10006-3205
1-212-952-0014

*Admitted in PA and NY

**CONFIDENTIALITY WARNING:** This email may contain privileged or confidential information and is for the sole use of the intended recipient(s). Any unauthorized use or disclosure of this communication is prohibited. If you believe that you have received this email in error, please notify the sender immediately and delete it from your system.

**From:** Brooks, Meegan <MBrooks@beneschlaw.com>
**Sent:** Thursday, May 4, 2023 2:41 PM
**To:** Joseph N. Kravec, Jr. <JKravec@fdpklaw.com>
**Cc:** Sheridan, Stephanie <SSheridan@beneschlaw.com>; Anthony Vozzolo - Vozzolo LLC (avozzolo@vozzolo.com) <avozzolo@vozzolo.com>; Salimi, Beeba <BSalimi@beneschlaw.com>; Meuti, Michael <MMeuti@beneschlaw.com>
**Subject:** RE: Lenzi v. LL Bean follow-up

Hi Joe,
Just a quick note to follow up on this email from last week. This is a threshold issue for us, so we'll need to see a proof of purchase before we'd recommend that our client share anything else.

Thanks,
Meegan



vCard

> Meegan B. Brooks, CIPP/US
> (she/her/hers)
> Partner | Litigation
> Benesch Friedlander Coplan & Aronoff LLP
>
> t: 628.600.2232 | MBrooks@beneschlaw.com
> www.beneschlaw.com
> 100 Pine Street, Suite 3100, San Francisco, CA 94111
>
> Confidentiality Notice to Incorrect Addressee: www.beneschlaw.com/confidentialitynotice

**From:** Brooks, Meegan <MBrooks@beneschlaw.com>
**Sent:** Wednesday, April 26, 2023 1:38 PM
**To:** Joseph N. Kravec, Jr. <JKravec@fdpklaw.com>
**Cc:** Sheridan, Stephanie <SSheridan@beneschlaw.com>; Anthony Vozzolo - Vozzolo LLC (avozzolo@vozzolo.com) <avozzolo@vozzolo.com>; Salimi, Beeba <BSalimi@beneschlaw.com>; Meuti, Michael <MMeuti@beneschlaw.com>
**Subject:** RE: Lenzi v. LL Bean follow-up

Hi Joe,
Can you send us proof of Plaintiff's purchase, or let us know if her name has changed? LLB hasn't been able to locate Plaintiff's purchase, so that would help move the ball along as we're exchanging information.

Thanks,
Meegan



vCard

> Meegan B. Brooks, CIPP/US
> (she/her/hers)
> Partner | Litigation
> Benesch Friedlander Coplan & Aronoff LLP

t: 628.600.2232 | MBrooks@beneschlaw.com
www.beneschlaw.com
100 Pine Street, Suite 3100, San Francisco, CA 94111

Confidentiality Notice to Incorrect Addressee: www.beneschlaw.com/confidentialitynotice

EXHIBIT 4

![Yahoo News logo]

# Inside L.L.Bean's 200,000 Ship-From-Store Peak Season

Glenn Taylor
May 26, 2022 · 4 min read



Building an omnichannel retail business can be painstaking, but L.L. Bean is realizing the benefits of offering fulfillment alternatives. In turning to ship-from-store fulfillment, the retailer is bringing more of its merchandise online to give customers a wider product selection.

When the Freeport, Maine-based outdoor company implemented buy online, ship from store across more than 40 of its 56 stores in September last year, shoppers responded in droves. In the first week of deploying the ship-from-store service from end-to-end retail management solutions provider Aptos, L.L. Bean generated 26,000 online orders per week that were dispatched from its brick-and-mortar fleet. On average, each location managed 600 orders during week one.

**More from Sourcing Journal**

- Shopify Sells Logistics Biz to Flexport, Lays Off 20% of Staff
- Amazon CEO Touts 'Fastest Prime Delivery Speeds Ever'
- US Department Stores Add Jobs as Growth Slows

But while the added online orders may seem burdensome for store teams, the technology alleviated some of the more frustrating manual processes that convolute store operations.

According to Chrissy Atwood, senior project manager for retail stores at L.L.Bean, the retailer had begun to include some of its in-store inventory online prior to the deployment. But the process of discovering which store a product was available in when it was out of stock or back-ordered on the website created a hassle for store teams and call center associates alike.

"Calls were being transferred, and the customer would be put on hold—they'd take the shopper's information and then try to find the product in the store," Atwood said at the Aptos Engage conference last week. "If inventory was inaccurate, they'd get connected to another store—we were doing that rerouting manually."

With the new ship-from-store offering, L.L.Bean now takes just 4 minutes on average to fulfill a ship-from-store order, down from 14 minutes. After an order is complete, the Aptos OMS (order management system) automatically accounts for store and product availability to reroute to the most appropriate location for efficient fulfillment. Associates use the OMS platform to pick, pack and ship orders.

"All the store needs to do is just pick and pack," Atwood said. The outdoor brand quadrupled the number of ship-from-store orders it delivered in the weeks after the initial deployment. Now store workers don't have to confirm individual store inventory, and customers are making fewer phone calls to stores.

Call center reps, who comprise 10 to 15 percent of L.L.Bean's online business, also have access to the more transparent inventory.

"Unbeknownst certainly to e-commerce customers, the call center reps can have some visibility of where the inventory may be coming from," said Dan Tarkinson, direct IT application, information services at L.L.Bean. "It's just another pool of inventory that we're allowing them to tap into when customers have no idea otherwise."

By the holiday, L.L.Bean began to hit its stride as more orders flowed in. Over the November-December peak season, the retailer fielded an average of 150 and 200 ship-from-store orders per store, per day—amounting to 205,000 such orders over the two-month span.

"Some of that was constrained through peak," Atwood said. "We did some analysis to find that nearly 70 percent of products ordered were initially either sold out online so they would have never been visible beforehand, or they were back-ordered for more than a month given the supply chain challenges that we've had."

That number has since dwindled to 40 percent of products, speaking to the improved visibility the ship-from-store implementation has brought to the customer experience.

"We call it shadow demand," Tarkinson said. "So it is product that wasn't on the site, because store inventory wasn't there so people didn't see it. So suddenly, when it's there, they have the opportunity to buy it. So that demand suddenly gets built."

To handle high order volumes, L.L.Bean converted the returns center at its Freeport flagship store into a mini-distribution center. And at the retailer's regional stores, which typically span 15,000 to 30,000 square feet, one or two employees are now dedicated to managing ship-from-store orders daily.

After the implementation, the L.L.Bean team understood that getting a better read on safety stock levels should be a top priority going forward.

L.L.Bean continues to look for ways to expand fulfillment options, and expects to stand up its Aptos-powered BOPIS offering this summer. It's now developing a system that notifies associates of deliveries in real time, giving them clearer direction on when to prioritize in-store versus online customer service.

And by next spring, L.L.Bean is on track to have in-store purchases shipped from a fulfillment center as another customer option.

Click here to read the full article.

## TRENDING

Storm hits Carnival cruise ship off Charleston, water surges into rooms
CBS News · 2 min read


Just when we were starting to see COVID and RSV rates drop this spring, another type of virus...
INSIDER · 2 min read


Scammers using text messages to drain bank accounts in new ploy
CBS News · 3 min read


Biden laughed when asked about Ron DeSantis claiming he may pardon Trump if elected...
INSIDER · 2 min read


'Karta Kid' actor turned energy drink maker buys heiress' Tenino estate after huge price cut
Tacoma News Tribu... · 4 min read


## POPULAR


Latest forecast with Dallas Raines
KABC - Los Angeles


How Much Does A New Shower Installation Cost?
Ad · West Shore Partner


AccuWeather: Bright and Breezy
WABC - NY


Namesake of Dreyfoos School of the Arts dies at 91
WPTV - West Palm Beach Scripps


Biden's Memorial Day address honors troops who 'sacrificed everything to keep democracy safe and secure'
CBS News Videos


AutoNation
SELL YOUR CAR TO AUTONATION FOR TOP DOLLAR

## Comments

2 Viewing

Commenting on this article has ended
Log in | Sign up



No one seems to have shared their thoughts on this topic yet
Leave a comment so your voice will be heard first.

EXHIBIT 5

FREE SHIPPING with $50 Purchase - or - FREE with the L.L.Bean Mastercard   Details

 L.L.Bean  

🔍 What can we help you find?

< CURRENT STORIES

FREEPORT, ME, MARCH 16, 2020

## Our COVID-19 Response (UPDATED)

To our valued customers,

As a family-owned, values-driven company, nothing is more important during these challenging times than the health and well-being of our employees, customers and greater communities. For that reason, we are closing all U.S. retail locations beginning midnight tonight through March 29. This will include our Flagship stores in Freeport, marking only the fifth time in our company's history that this location will close (and the first time ever for more than 24 hours). All store employees will receive pay and benefits during the closure.

By making this decision now, we can better ensure the safety of our employees and customers, as we all continue to navigate a rapidly evolving situation and follow the CDC's guidelines around the importance of social distancing.

L.L.Bean was founded 108 years ago on the simple but profound principle that we're at our best when we're outside. Today, more than ever, we believe the outdoors is still the best place to find perspective and connection – and to help us all feel better. A short walk outside or looking out the window to see signs of spring can be an important counterbalance to the pace of news and information we're receiving.

While our retail locations will be closed for the next two weeks, our business remains open. Our customers can still find what they need on llbean.com or by phone. If you have questions about your order, our products, or just want to hear a friendly voice, call us at 1-800-441-5713. Rest assured, our teams working across operations – including our home agent service representatives – are following strict CDC guidelines, including practicing safe working distances and adhering to additional cleaning protocols.

During this period, our social channels will focus on simple ideas and images that inspire and remind us of the restorative power of the outdoors. If you have outdoor moments that you would like to share with us, we'd love to hear from you.

Thank you for being a valued L.L.Bean customer. On behalf of our 5,000 employees world-wide, we send our best wishes for your health and well-being as we push through this unprecedented challenge together.

Steve Smith

L.L.Bean President and CEO

⌃ Back to Top

**Customer Service** ⊞

**Where's my order?** ⊞

**Shipping** ⊞

**Guarantee** ⊞

**Discounts** ⊞

**L.L.Bean® Mastercard®** ⊞

**About Us** ⊞

**Stores and Events** ⊞

**L.L.Bean for Business** ⊞

**Gifts** ⊞

**Explore the Outdoors** ⊞

## Sign Up for Email

Enjoy exclusive offers, the latest on products, and new ways to get outdoors. <u>Details</u>

[                                                                    ]

SIGN UP

    

<u>We Accept</u>



protected by **reCAPTCHA**
Privacy · Terms

<u>Security</u>  |  <u>Privacy Policy</u>      <u>Product Recalls</u>      <u>CA-UK Transparency Act</u>  |

<u>Transparency in Coverage</u>  |  <u>Accessibility</u>  |  <u>Targeted Advertising Opt Out</u>

L.L.Bean® is a registered trademark of L.L.Bean Inc. Copyright 2023.  |  v18.8.554.0

EXHIBIT 6

WXXI NEWS

Go Public.

Donate

WXXI News
Morning Edition

NEXT UP: 8:51 AM Marketplace Morning Report

All Streams

HOW TO LISTEN | CONNECTIONS | LOCAL NEWS | CAPITOL BUREAU | ARTS & LIFE | INCLUSION DESK | CITY MAGAZINE | SCHEDULE | CLOSINGS

Business

 **Coronavirus News**
We've compiled all the latest stories about the coronavirus pandemic here so you can find them easily. We've also compiled a list of informational resources that can guide you to more coronavirus information.

# Area malls closing due to coronavirus containment efforts

WXXI News | By Randy Gorbman

Published March 18, 2020 at 4:54 PM EDT

  



Rochester area shopping malls will be closing Thursday evening, in compliance with a directive from Governor Andrew Cuomo.

Eastview, The Mall at Greece Ridge and The Marketplace Mall will close at 7:00pm Thursday in compliance with Cuomo's order.

The malls will remain closed until further notice. This includes all common areas and use of mall for social visits and exercising.

Stores and restaurants with exterior entrances may remain open. Eastview Commons, Marketplace Commons and Pittsford Plaza may have stores and restaurants that remain open.

Wilmorite officials say you should call ahead for operating hours.

Phone numbers are listed on mall websites. And watch websites and our social media for re-opening information.

Tags    Business    Coronavirus

 

 **Randy Gorbman**
Randy Gorbman is WXXI's director of news and public affairs. Randy manages the day-to-day operations of WXXI News on radio, television, and online.

See stories by Randy Gorbman

## More News

Weather is to blame for roughly 90% of Georgia's peach crop being destroyed
*1 hour ago*

 Today's headlines for May 30
*1 hour ago*

 New York's fertility rate continues to drop
*3 hours ago*

Memorial Day launches what's expected to be an extremely busy summer travel season
*1 hour ago*

 Remembering those who gave their lives in service to their country
*18 hours ago*

 WXXI Business Report: A new branding campaign for Xerox
*May 29, 2023*

 RPD investigates two early morning homicides that happened on Monday
*May 29, 2023*

 Homage to the (town) square: Welcome to Buffalo AKG
*May 26, 2023*

 Jodie Foster is just a mom who confronts cannibals
*May 24, 2023*

 RPO presented first sensory-friendly concert Sunday
*May 24, 2023*

Stay Connected



Contact

Privacy Policy

WXXI Public Media

WXXI News FCC Files

W298CH FM Translator Renewal

© 2023 WXXI News

 WXXI.org