# Exhibit A to Supplemental Declaration of Christopher Diagostino



