Judgment in a Civil Case
_____

United States District Court
_____WESTERN DISTRICT OF NEW YORK_____

Linda Lenzi,
On behalf of herself and all others similarly situated,
Plaintiff

v.

L.L. Bean, Inc.,
Defendant

**JUDGMENT IN A CIVIL CASE**
CASE NUMBER: 23-CV-6117

☐ **Jury Verdict**.  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that Plaintiff does not have standing to sue and Plaintiff's objections to the Court's factual determination regarding her standing fail, Defendant's motion to dismiss under Federal Rule of Civil Procedure 12(b)(1), ECF No. 10, is GRANTED. Plaintiff's complaint is DISMISSED without prejudice. Plaintiff's motion for jurisdictional discovery, ECF No. 13, is DENIED.

Date: November 29, 2023

MARY C. LOEWENGUTH
CLERK OF COURT

By: Dawn K.
   Deputy Clerk